IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| AMANDA JACKSON | § | |
| v. | § | CIVIL ACTION NO. 6:11cv316 |
| HEALTHCARE SERVICES GROUP, INC., a/k/a Palestine Healthcare Center | § | |

FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a Joint Stipulation of Dismissal With Prejudice having been signed on behalf of all parties who have appeared and filed in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED** with prejudice, each party bearing its own costs.

**So ORDERED and SIGNED this 24th day of October, 2012.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**